# Exhibit A

STATE OF COLORADO
CERTIFICATION OF VITAL RECORD

# CERTIFICATE OF LIVE BIRTH

STATE FILE NUMBER
1052001071636

NAME OF REGISTRANT
BRIAN    JOSE    MORALES GARCIA

DATE AND TIME OF BIRTH
█████████, 2001 02:32 PM

SEX OF REGISTRANT
MALE

CITY OF BIRTH
DENVER

COUNTY OF BIRTH
DENVER

MOTHER'S NAME PRIOR TO FIRST MARRIAGE
MARIA    DEL SOCORRO    GARCIA

MOTHER'S PLACE OF BIRTH
MEXICO

MOTHER'S AGE AT TIME OF BIRTH
19

FATHER'S NAME
SERGIO    MORALES

FATHER'S PLACE OF BIRTH
MEXICO

FATHER'S AGE AT TIME OF BIRTH
28

DATE RECORD FILED
█████████, 2001

APRIL 23, 2024
DATE ISSUED

THIS IS A TRUE CERTIFICATION OF NAME AND FACTS AS RECORDED IN THIS OFFICE. Do not accept unless prepared on security paper with engraved border displaying the Colorado state seal and signature of the Registrar. PENALTY BY LAW, Section 25-2-118, Colorado Revised Statutes, 1982, if a person alters, uses, attempts to use or furnishes to another for deceptive use any vital statistics record. NOT VALID IF PHOTOCOPIED.

REV 01/19



A. ALEX QUINTANA
STATE REGISTRAR





*011817610*



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE