# Exhibit C



# Certificate of Baptism
# St. Therese Church
### 1243 Kingston St.
### Aurora, CO 80010

Go, therefore, and make disciples of all nations, baptizing them in the name of the Father, and of the Son, and of the Holy Spirit. (Matthew 28:19)

## According to the Rite of the Roman Catholic Church

**Brian Jose Morales Garcia**

Child of __Sergio Morales & Maria del Socorro Garcia__

Born in **Denver, CO**

On the ▮▮▮ day of ▮▮▮▮, **2001**

was Baptized in the Name of
the Father, and of the Son, and of the Holy Spirit

on this ▮▮▮ day of ▮▮▮▮, **2001**
at St. Therese Catholic Church
of the Archdiocese of Denver in Aurora, CO.

The Sacrament was celebrated by __Rev. Mr. Al Sanchez__
and Sponsors being __Jose Luis Palos Medina__
__Silvia Palos Medina__
as recorded in the Baptismal Register of this Church.

Dated **4/22/2024**

*Rev. José Sáenz*
**Rev. José Saenz**
**Parochial Vicar**

SEAL — ST. THERESE CATHOLIC CHURCH · AURORA COLORADO