# Exhibit D

## DECLARATION OF BRIAN JOSE MORALES GARCIA

I, Brian Jose Morales Garcia, I am over the age of eighteen and am fully competent to make this declaration. I have personal knowledge of the facts stated herein and declare the following to be true and correct:

1. My name is Brian Morales. I am over the age of 18 and fully competent to make this affidavit. The facts stated herein are true and correct and are based on my personal knowledge.

2. I am a citizen of the United States.

3. I was born in Denver, Colorado on ███████, 2001.

4. Exhibits A, B and C filed contemporaneously herewith are true and correct copies of originals that were in possession, stored at my home, at the time I was detained by Defendants. These documents include an original birth certificate, original social security card, hospital records and baptismal records. The copies submitted to the Court are true and correct copies that I have not altered in any way.

5. On April 3, 2026, I was a passenger in a pickup truck being driven by my employer near Fredericksburg, Texas. A Texas Department of Public Safety trooper stopped the vehicle. I did not have identification on me at the time of the stop. I explained that I am a citizen of the United States and that I had original documents at home that could prove my status.

6. At numerous times during the traffic stop, my jail detention and my immigration detention I told officers with the Texas Department of Public Safety, Gillespie County Sheriff, U.S. Immigration and Customs Enforcement, and U.S. Customs and Border Protection that I was a citizen of the United States and that, if given the opportunity, I could provide these

1

original documents to prove my citizenship. I was told that I would be prosecuted for lying and each officer refused to allow me to prove my status. I was told I would be detained or arrested for a long period if I did not sign documents. I was coerced into signing documents and deported to Mexico.

7. I have a young daughter and my wife is pregnant. I must work to support our family. Not being able to return to my home in Austin and my work there is a severe burden on me and my family. I do not possess a U.S. Passport. I fear that if I try to re-enter my country, I risk rejection, further detention, possible prosecution for criminal offenses related to my attempt to re-enter and further abuse of my rights.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed in Aguascalientes, State of Aguascalientes, Mexico on April 30, 2026.

_Brian Morales_
BRIAN JOSE MORALES GARCIA