**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

|  |  |
|---|---|
| BRIAN JOSE MORALES GARCIA,<br><br>    *Plaintiff,*<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; RODNEY S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Protection; ICE/CBP OFFICER DOES 1-10, in their personal and official capacities; TEXAS DEPARTMENT OF PUBLIC SAFETY OFFICER DOES 1-10, in their individual capacities; and GILLESPIE COUNTY SHERIFF DEPUTY 1-10, in their individual capacities.<br><br>    *Defendants.* | Civil Case No.   1:26-cv-01155 |

**EMERGENCY MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Brian Jose Morales Garcia, by counsel, pursuant to Fed. R. Civ. P. 65, hereby move this Court for an emergency preliminary injunction to permit a U.S. Citizen to re-enter his country. In support of this motion, Plaintiffs respectfully represent as follows:

1. As set forth in the Complaint [Dkt. No. 1] and evidence attached thereto, Plaintiff Brian Jose Morales Garcia is a citizen of the United States. He was removed from his country of birth and coerced into deportation. Morales was deprived of his citizenship rights afforded him by the U.S. Constitution.

2. This action was filed on Monday, April 30, 2026, the same week undersigned counsel was retained. This request for injunction is filed the same day as the Complaint.

3. Plaintiff requests a preliminary injunction against the federal defendants, in their

1

official capacities, to permit Plaintiff to return to the United States at an appropriate crossing on the border between the United States and Mexico without the necessity to present a passport. Morales will be met at the border by one of his attorneys herein, who will present his original birth certificate and identify him.

4.      Plaintiff agrees he is subject to the jurisdiction of this Court.  A bond of no more than $500 is reasonable under the circumstances.

5.      Undersigned counsel will email the complaint, as well as this Motion and the Proposed Order, to the posted contact at the US Attorney's Office for the Western District of Texas.

6.      Plaintiff requests the Court shorten the period of time to respond to this motion, weigh the issues with due speed and grant immediate relief.

7.      Each of the factors to support a preliminary injunction have been met, as are detailed in the Complaint filed herein which is incorporated with all exhibits for all purposes.

8.      WHEREFORE, Plaintiff respectfully requests that this Court enter a preliminary injunction allowing him to re-enter his country of birth and prevent any further effort to remove, detain or arrest him without further order of this Court.

3

Dated: May 1, 2026

Respectfully submitted,

BRAZIL & DUNN

 /s/ Chad W. Dunn
Chad W. Dunn
Texas Bar No. 24036507
1900 Pearl Street
Austin, Texas 78705
Telephone: (512) 717-9822
Facsimile: (512) 515-9355
chad@brazilanddunn.com

K. Scott Brazil
State Bar No. 02934050
13231 Champion Forest Drive, Suite 406
Houston, Texas 77069
Telephone: (281) 580-6310
Facsimile: (281) 580-6362
scott@brazilanddunn.com

*Attorneys for Plaintiff*