UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Brian Jose Morales Garcia                     §
                                              §
vs.                                           §          NO:   AU:26-CV-01155-RP
                                              §
Markwayne Mullin, Todd Lyons, Rodney Scott,   §
ICE/CBP Officers Does 1-10, Texas
Department of Public Safety Officer Does 1-10,
Gillespie County Sheriff Deputy 1-10

**ORDER**

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on May 06, 2026  at  03:00 PM .  The parties are directed to use the below dial-in information:

**Please call in 5 minutes prior to start of hearing.**

1. Toll free number:  1-855-244-8681

2. Meeting number: 2317 325 7654

Counsel for plaintiff shall provide a copy of this order to counsel for defendants.

The use of speaker phones is prohibited during a telephonic appearance.  Additionally, because earlier hearings in other cases may be in progress at the time attorneys call in for their scheduled conference, attorneys should call in with their phones on "mute" and wait for the Courtroom Deputy to call this case before they speak.

**SIGNED** on 4th day of May, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE