IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BRIAN JOSE MORALES GARCIA, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:26-CV-1155-RP |
| MARKWAYNE MULLIN, et al., | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiff Brian Jose Morales Garcia's ("Plaintiff") Emergency Motion for Preliminary Injunction. (Mot., Dkt. 2). As discussed at the phone conference held on May 6, 2026, the Court will set an expedited briefing schedule and set the motion for a preliminary injunction for a hearing.

Accordingly, **IT IS ORDERED** that the Federal Defendants[1] shall respond to Plaintiff's Emergency Motion for Preliminary Injunction, (Dkt. 2), on or before **May 21, 2026**.

**IT IS FURTHER ORDERED** that Plaintiff's Emergency Motion for Preliminary Injunction, (Dkt. 2), is set for a hearing at **9:30 a.m. on May 28, 2026**, in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX.

**SIGNED** on May 6, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

---

[1] The Federal Defendants are Markwayne Mullin, Secretary of the Department of Homeland Security; Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement ("ICE"); Rodney S. Scott, Commissioner of U.S. Customs and Border Patrol ("CBP"); and ICE/CBP Officer Does 1-10. (Compl., Dkt. 1, at 1). Given that the Emergency Motion for Preliminary Injunction solely references injunctive relief against the Federal Defendants, Defendants Texas Department of Public Safety Officer Does 1-10 and Gillespie County Sheriff Deputy Does 1-10 need not respond to the motion. (*See* Mot., Dkt. 2, at 1) ("Plaintiff requests a preliminary injunction against the federal defendants, in their official capacities, to permit Plaintiff to return to the United States at an appropriate crossing on the border between the United States and Mexico without the necessity to present a passport.").