DENVER HEALTH. est. 1860 FOR LIFE'S JOURNEY

Health Information Management
301 W. 6th Ave.
Denver CO 80204

Garcia, Brian Matilde
MRN: [redacted] DOB: [redacted] Legal Sex: M
Adm 3/31/2001, D/C 4/2/2001

## [redacted] - Admission (Discharged) in DH HIST CLIN ENC

Denver Health Medical Center 22

Patient: Brian Matilde Garcia
Hospital Account:
MRN: [redacted]
Contact Serial #: 49336233
Encounter Date/Time: [redacted]

CERTIFIED COPY OF MEDICAL RECORD
By [signature]
Date 3-4-2025

### ENCOUNTER

Patient Class: Inpatient
Hospital Service: Pediatrics
Admitting Provider: Historical Provider, MD
Attending Provider: Historical Provider, MD

Denver Health Medical Center
eHS Department

Unit: DHHCE
Bed: Room/bed info not found
Referring Physician:
Adm Diagnosis:

### PATIENT

Name: Brian Matilde Garcia
Address: [redacted]
City: Denver CO 80203
Primary Care Provider:

DOB: [redacted]
Sex: Male
Primary Phone: [redacted]

EMERGENCY CONTACT

| Contact Name | Legal Guardian? | Relationship to Patient | Home Phone | Work Phone |
|---|---|---|---|---|
| 1. *No Contact Specified* | | | | |
| 2. *No Contact Specified* | | | | |

### GUARANTOR

Guarantor:
Address:
,
Relation to Patient:
Guarantor ID:

DOB:
Sex:
Home Phone:
Work Phone:

GUARANTOR EMPLOYER

Employer:
Status:

### COVERAGE

PRIMARY INSURANCE

Payor:
Group Number:
Subscriber Name:
Subscriber ID:

Plan:
Insurance Type:
Subscriber DOB:
Pat. Rel. to Subscriber:

SECONDARY INSURANCE

Payor:
Group Number:
Subscriber Name:
Subscriber ID:

Plan:
Insurance Type:
Subscriber DOB:
Pat. Rel. to Subscriber: