UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Brian Jose Morales Garcia | § | |
| | § | CIVIL NO: |
| vs. | § | AU:26-CV-01155-RP |
| | § | |
| Markwayne Mullin, et al | § | |

## ORDER RESETTING PRELIMINARY INJUNCTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **PRELIMINARY INJUNCTION HEARING** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Wednesday, June 03, 2026 at 09:30 AM**.

IT IS SO ORDERED this 28th day of May, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE