# Exhibit A

# RETURN OF SERVICE

**State of Texas** | **County of** | **United States District Court Court**

Case Number: CV-01155-RP

Plaintiff:
**Brian Jose Morales Garcia**

vs.

Defendant:
**Markwayne Mullin**

For:
Law Office Dicky Grigg PC
1900 Pearl St
Austin, TX 78705

Received by Jim Guyton on the 7th day of May, 2026 at 4:23 pm to be served on **Chief Deputy Bryan Phzzdps, 1601 E Main Street, Fredericksburg, Gillespie County, TX 78624.**

I, Jim Guyton, do hereby affirm that on the **7th day of May, 2026 at 4:30 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION** with the date and hour of service endorsed thereon by me, to: **Chief Deputy Bryan Phzzdps** at the address of: **1601 E Main Street, Fredericksburg, Gillespie County, TX 78624**, and informed said person of the contents therein, in compliance with state statutes.

I, Jim Guyton certify that I am over the age of 18, and have no interest in the above action. My Date of Birth is: 11/10/1945, and my address is: 39 Charolet Ave, Harper, TX 78631.
Executed in Gillespie County, State of Texas on the 05/07, 2026
I declare under Penalty of Perjury that the forgoing is true and correct.

[signature]
**Jim Guyton**
PSC552 exp 10/31/27

05/07/26
**Date**

**Law Office Dicky Grigg PC**
**1900 Pearl St**
**Austin, TX 78705**
**(512) 474-6061**

Our Job Serial Number: JGP-2026000089

Copyright © 1992-2026 DreamBuilt Software Inc. - Process Server's Toolbox V9.0a