**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| BRIAN MORALES,<br><br>     *Plaintiff,*<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; RODNEY S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Protection; ICE/CBP OFFICER DOES 1-10, in their personal and official capacities; TEXAS DEPARTMENT OF PUBLIC SAFETY OFFICER DOES 1-10, in their individual capacities; and GILLESPIE COUNTY SHERIFF DEPUTY 1-10, in their individual capacities.<br><br>     *Defendants.* | Civil Case No. 1:26-CV-01155-RP |

## FIRST STATUS UPDATE

Pursuant to the Court's directive at the recent hearing in this case that Plaintiff and the federal Defendants shall provide it weekly status updates, those parties hereby submit the following:

1.     On June 3, 2026 counsel for the federal defendants served a Rule 45 subpoena that was reviewed by Plaintiffs in advance, on the Colorado Office of the State Registrar of Vital Statistics. Counsel for the federal defendants provided Plaintiff's counsel the records produced in response to this subpoena on June 9, 2026.

2.     On June 3, 2026, Plaintiff's counsel provided the federal defendants a signed

1

declaration from Plaintiff's natural mother.

3.      On June 3, 2026, counsel for federal defendants sent a medical release to Plaintiff's counsel for Plaintiff's mother to execute.

4.      Counsel for Plaintiff and the federal defendants have been in regular contact, sharing information.

5.      On June 9, 2026, counsel for the federal defendants provided Plaintiff's counsel Mr. Morales Garcia's Mexican birth certificate that was obtained from the State Department.

6.      On June 9, 2026, Plaintiff's counsel provided counsel for federal defendants a medical release for Plaintiff's mother that is more limited in time and scope than the release sent by counsel for federal defendants on June 3, 2026, and authorizes release of records only to Plaintiff's counsel. Counsel for federal defendants are prepared to serve subpoenas for medical records once they receive a medical release executed by Plaintiff's mother that is appropriately scoped to confirm the details of Plaintiff's birth and Plaintiff's mother's prenatal care as stated by Plaintiff's mother and authorizes the release of records to the United States Attorney's Office.

7.      On June 10, 2026, counsel for federal defendants provided Plaintiff's counsel with three social security card replacement applications that have been submitted by Plaintiff and Plaintiff's mother.

8.      Counsel for Plaintiff and counsel for federal defendants are cooperating on obtaining hospital records for the birth that may include hand or fingerprints that can be compared to those taken of Plaintiff when he was detained.

Dated: June 10, 2026

Respectfully submitted,

BRAZIL & DUNN

*/s/ Chad W. Dunn*
Chad W. Dunn
Texas Bar No. 24036507
1900 Pearl Street
Austin, Texas 78705
Telephone: (512) 717-9822
Facsimile: (512) 515-9355
chad@brazilanddunn.com

K. Scott Brazil
State Bar No. 02934050
13231 Champion Forest Drive, Suite 406
Houston, Texas 77069
Telephone: (281) 580-6310
Facsimile: (281) 580-6362
scott@brazilanddunn.com

Dicky Grigg
Law Office of Dicky Grigg, PC
State Bar No. 08487500
1900 Pearl Street
Austin, TX 78705
(512) 474-6061
dicky@grigg-law.com
mel@grigg-law.com

Kath Lincoln-Goldfinch
State Bar No. 24058613
Lincoln Goldfinch Law
4417 Westlake Drive
Austin, TX 78746
(512) 599-8500
kate@lincolngoldfinch.com

*Attorneys for Plaintiff*

**Justin R. Simmons**
United States Attorney

*/s/ Landon A. Wade*
**Landon A. Wade**
Assistant United States Attorney
State Bar No. 24098560
U.S. Attorney's Office
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
(512) 370-1255 (phone)
(512) 916-5854 (fax)
landon.wade@usdoj.gov

**Christina L. Playton**
Assistant United States Attorney
Texas Bar. No. 24028652
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7100 (phone)
(210) 384-7118 (fax)
christina.playton@usdoj.gov

*Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 10th day of June, 2026, I electronically filed with the Clerk of this Court the foregoing document using the CM/ECF system and, further, that that system provided electronic notice to all counsel of record.

*/s/ Chad W. Dunn*
Chad W. Dunn

4