**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **BRIAN JOSE MORALES GARCIA,**<br>*Plaintiff*,<br><br>**v.**<br><br>**MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; RODNEY S. SCOTT, in his official capacity as Commissioners, U.S. Customs and Border Protection; ICE/CBP OFFICER DOES 1-10, in their personal and official capacities; TEXAS DEPARTMENT OF PUBLIC SAFETY OFFICER DOES 1-10, in their individual capacities; and GILLESPIE COUNTY SHERIFF DEPUTY 1-10, in their individual capacities,**<br>***Defendants*.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 1:26-CV-01155-RP** |

**DEFENDANTS GILLESPIE COUNTY SHERIFF DEPUTY 1-10'S**
**REPLY IS SUPPORT OF MOTION TO QUASH SERVICE**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE ROBERT PITMAN:

Defendants Gillespie County Sheriff's Deputies 1-10 ("GCSO Doe Deputies") file this Reply in Support of their Motion to Quash Service, moving the Court to enter an Order quashing the defective service on the GCSO Doe Deputies, Texas

## I.
## INTRODUCTION

1. The only issue before the Court is whether to quash the purported service of process on ten (10) unnamed Gillespie County Deputies. The Motion to Quash does not seek to deny the Plaintiff opportunity to conduct discovery to identify the officers which he seeks to name as

defendants in this lawsuit. However, without knowing the persons who Plaintiff claims are liable to him, then counsel for these unnamed officers cannot file an answer or motion to dismiss on each of their behalf. Doing so is impossible and, thus, the GSCO Doe Deputies through their counsel sought to invalidate service of process.

## II.
## ARGUMENTS

2. In his reply to the Motion to Quash, Plaintiff notes that he will need discovery for the purpose of identifying the officers of the Gillespie County Sheriff's Office that he intends to name as defendants herein. In no way does or did the Motion to Quash try to deny Plaintiff discovery regarding the actions of members of its Sheriff's Office.

3. And while Plaintiff asserts that Gillespie County knows the identity of the ten (10) deputies and/or others employed by its Sheriff's Office that he intends to name as defendants, that is simply not the case.

4. The inability to identify the ten (10) officers that Plaintiff seeks to name as defendants is the very problem which forced the filing of the Motion to Quash. If service process was effective, then each of the ten (10) unnamed officers would have been forced to file an answer or a motion to dismiss. In answering, counsel for each unknown officer would be obligated to respond to each allegation in Plaintiff's live pleading, which is impossible without knowing exactly who Plaintiff contends violated his rights. Alternatively, filing a motion to dismiss must necessarily turn on a defendant's obligations and the law applicable to his/her conduct which, again, cannot be done without knowing the defendant's identity.

5. Again, granting the Motion to Quash, up to and including dismissing Plaintiff's claims against the ten (10) unnamed officers, will not deny Plaintiff the opportunity to conduct discovery as to the actions of the Gillespie County Sheriff's office and its officers. There is no

pending statute of limitations that will run if the claims against the GSCO Doe Deputies is dismissed.

6. Alternatively, the Court could grant the motion to quash but not dismissing Plaintiff's claims against the unnamed officers while allowing Plaintiff to conduct discovery in this matter.

## III.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendants Gillespie County Sheriff Deputies 1-10, without appearing in this lawsuit, respectfully requests that the Court enter an order quashing the defective service on the GCSO Doe Deputies pursuant to Federal Rule of Civil Procedure 12(b)(4)–(5).

Respectfully submitted,

**MICHAEL BEST & FRIEDRICH LLP**
515 Congress Avenue, Suite 2500
Austin, Texas 78701
512.320.0601 (telephone)
512.640.3170 (telecopier)
michael.shaunessy@michaelbest.com
julie.denny@michaelbest.com

By: *_/s/ Michael Shaunessy_*
MICHAEL SHAUNESSY
State Bar No. 18134550

***Attorneys for Defendants Gillespie County Sheriff Deputies 1-10***

## CERTIFICATE OF SERVICE

I hereby certify that, on the 12th day of June, 2026, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system and, further, that I provided service of such filing on the following party by certified mail, return receipt requested:

Chad W. Dunn
BRAZIL & DUNN
1900 Pearl Street
Austin, Texas 78705
chad@brazilanddunn.com
***Attorneys for Plaintiff Brian Jose Morales Garcia***

K. Scott Brazil
BRAZIL & DUNN
13231 Champion Forest Drive, Suite 406
Houston, Texas 77069
scott@brazilanddunn.com
***Attorneys for Plaintiff Brian Jose Morales Garcia***

Dicky Grigg
LAW OFFICE OF DICKY GRIGG, PC
1900 Pearl Street
Austin, Texas 78705
dicky@grigg-law.com
mel@grigg-law.com
***Attorneys for Plaintiff Brian Jose Morales Garcia***

Kath Lincoln-Goldfinch
LINCOLN GOLDFINCH LAW
4417 Westlake Drive
Austin, Texas 78746
kate@lincolngoldfinch.com
***Attorneys for Plaintiff Brian Jose Morales Garcia***

Landon A. Wade
ASSISTANT UNITED STATES ATTORNEY
U. S. ATTORNEY'S OFFICE
903 San Jacinto Boulevard, Suite 334
Austin, Texas 78701
landon.wade@usdoj.gov
***Attorneys for Defendants Markwayne Mullin, in his official capacity as Secretary, U.S. Department of Homeland Security; Todd Lyons, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; and Rodney S. Scott, in his official capacity as Commissioner, U.S. Customs and Border Protection***

Christina L. Playton
ASSISTANT UNITED STATES ATTORNEY
U. S. ATTORNEY'S OFFICE
601 Northwest Loop 410, Suite 600
San Antonio, Texas 78216
christina.playton@usdoj.gov
***Attorneys for Defendants Markwayne Mullin, in his official capacity as Secretary, U.S. Department of Homeland Security; Todd Lyons, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; and Rodney S. Scott, in his official capacity as Commissioner, U.S. Customs and Border Protection***

/s/ *Michael Shaunessy*
MICHAEL SHAUNESSY