IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BRIAN JOSE MORALES GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:26-CV-1155-RP |
| | § | |
| MARKWAYNE MULLIN, et al., | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the Court is Plaintiff Brian Jose Morales Garcia's ("Plaintiff") Emergency Motion for Preliminary Injunction. (Mot., Dkt. 2). On June 3, 2026, the Court held a preliminary injunction hearing, at which the Court ordered counsel for Plaintiff and Federal Defendants[1] to exchange discovery and to file a status report within one week. On June 10, 2026, the parties timely filed a Joint Status Report, (Dkt. 23), informing the Court that the parties had shared certain documents. They represent that they are "cooperating on obtaining hospital records for [Plaintiff's] birth." (*Id.* at 2). They also represent that counsel for Federal Defendants were waiting to receive a medical release executed by Plaintiff's mother. (*Id.*). Since then, the parties have not updated the Court on the status of this case. The Court will therefore order the parties to file another joint status report.

---

[1] The Federal Defendants are Markwayne Mullin, Secretary of the Department of Homeland Security; Todd Lyons, Acting Director of U.S. Immigration and Customs Enforcement ("ICE"); Rodney S. Scott, Commissioner of U.S. Customs and Border Patrol ("CBP"); and ICE/CBP Officer Does 1-10. (Compl., Dkt. 1, at 1). Given that the Emergency Motion for Preliminary Injunction solely references injunctive relief against the Federal Defendants, Defendants Texas Department of Public Safety Officer Does 1-10 and Gillespie County Sheriff Deputy Does 1-10 need not respond to the motion. (*See* Mot., Dkt. 2, at 1) ("Plaintiff requests a preliminary injunction against the federal defendants, in their official capacities, to permit Plaintiff to return to the United States at an appropriate crossing on the border between the United States and Mexico without the necessity to present a passport.").

Accordingly, **IT IS ORDERED** that the parties shall file a joint status report on or before **July 17, 2026**.

**SIGNED** on July 10, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE