**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| BRIAN MORALES,<br><br>    *Plaintiff,*<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; RODNEY S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Protection; ICE/CBP OFFICER DOES 1-10, in their personal and official capacities; TEXAS DEPARTMENT OF PUBLIC SAFETY OFFICER DOES 1-10, in their individual capacities; and GILLESPIE COUNTY SHERIFF DEPUTY 1-10, in their individual capacities.<br><br>    *Defendants.* | Civil Case No. 1:26-CV-01155-RP |

**<u>JOINT STATUS REPORT</u>**

Plaintiff and Federal Defendants (collectively, "the parties") file this Joint Status Report in accordance with the Court's order entered on July 10, 2026 (Dkt. 26):

1.    Since the parties filed their last Joint Status Report (Dkt. 23), the parties have continued to work cooperatively to gather information regarding Plaintiff's place of birth.

2.    Counsel for Plaintiffs obtained medical records from Denver Health for both Plaintiff and his mother and shared those records with counsel for Federal Defendants. Plaintiff's counsel, this week, has confirmed with counsel for the hospital system that neither footprints nor fingerprints were taken at birth.  To date, there are no record requests outstanding. Nevertheless,

1

Plaintiff's counsel request time to confer with their client concerning his options and also explore what other evidence or live witness testimony would be available for an evidentiary hearing

3.     Separately, counsel for Federal Defendants has been in regular communication with officials from the State Department to facilitate Plaintiff's application for a passport. Counsel for Federal Defendants have advised Plaintiff's counsel that the State Department's American Citizen Services in Mexico is willing to work directly with Plaintiff and Plaintiff's counsel to facilitate in an expedited manner Plaintiff's passport application. Plaintiff's counsel requires time to explore this option with the Plaintiff including investigation of what other substantive and procedural obstacles such a step may involve.  Plaintiff requests that the Court reset a status report deadline two weeks from now.

4.     On July 15, 2026, counsel for Federal Defendants advised Plaintiff's counsel that the U.S. Attorney's Office records do not indicate that Federal Defendants have yet been served in accordance with Federal Rule of Civil Procedure 4(i). Once that is accomplished, the parties anticipate the litigation will proceed in the normal course.  This is the first notice Plaintiffs received that the Federal Defendants were requiring formal service after their appearance in this case. Plaintiffs will initiate service.

Dated: June 10, 2026

Respectfully submitted,

BRAZIL & DUNN

*/s/ Chad W. Dunn*
Chad W. Dunn
Texas Bar No. 24036507
1900 Pearl Street
Austin, Texas 78705
Telephone: (512) 717-9822
Facsimile: (512) 515-9355

2

chad@brazilanddunn.com

K. Scott Brazil
State Bar No. 02934050
13231 Champion Forest Drive, Suite 406
Houston, Texas 77069
Telephone: (281) 580-6310
Facsimile: (281) 580-6362
scott@brazilanddunn.com

Dicky Grigg
Law Office of Dicky Grigg, PC
State Bar No. 08487500
1900 Pearl Street
Austin, TX 78705
(512) 474-6061
dicky@grigg-law.com
mel@grigg-law.com


Kate Lincoln-Goldfinch
State Bar No. 24058613
Lincoln Goldfinch Law
4417 Westlake Drive
Austin, TX 78746
(512) 599-8500
kate@lincolngoldfinch.com

*Attorneys for Plaintiff*


**Justin R. Simmons**
United States Attorney

*/s/ Landon A. Wade*
**Landon A. Wade**
Assistant United States Attorney
State Bar No. 24098560
U.S. Attorney's Office
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
(512) 370-1255 (phone)
(512) 916-5854 (fax)
landon.wade@usdoj.gov

3

**Christina L. Playton**
Assistant United States Attorney
Texas Bar. No. 24028652
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7100 (phone)
(210) 384-7118 (fax)
christina.playton@usdoj.gov

*Attorneys for Federal Defendants*