IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

BRIAN JOSE MORALES GARCIA,            §
                                       §
          Plaintiff,                   §
                                       §
v.                                     §          1:26-CV-1155-RP
                                       §
MARKWAYNE MULLIN, et al.,              §
                                       §
          Defendants.                  §

## ORDER

Before the Court is the above-styled cause of action. On July 10, 2026, the Court ordered the parties to file a joint status report, which the parties timely filed on July 17, 2026. (Order, Dkt. 26; Joint Status Report, Dkt. 27). In the Joint Status Report, Plaintiff Brian Morales ("Plaintiff") "requests that the Court reset a status report deadline two weeks from now." (Status Report, Dkt. 27, at 2). Additionally, the parties include that once service has been executed in accordance with Federal Rule of Civil Procedure 4(i), "the parties anticipate the litigation will proceed in the normal course." (*Id.*).

Finding Plaintiff's request to be appropriate, the Court will order the parties to file another joint status report within the next two weeks. Additionally, the Court will order Plaintiff to include in the joint status report whether he is still seeking a preliminary injunction.

Accordingly, **IT IS ORDERED** that the parties shall file another joint status report on or before **August 3, 2026**, including a statement from Plaintiff regarding his intention to seek a preliminary injunction.

**SIGNED** on July 20, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE