**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| BRIAN MORALES,<br><br>     *Plaintiff,*<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; RODNEY S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Protection; ICE/CBP OFFICER DOES 1-10, in their personal and official capacities; TEXAS DEPARTMENT OF PUBLIC SAFETY OFFICER DOES 1-10, in their individual capacities; and GILLESPIE COUNTY SHERIFF DEPUTY 1-10, in their individual capacities.<br><br>     *Defendants.* | Civil Case No. 1:26-CV-01155-RP |

**<u>JOINT STATUS REPORT</u>**

Plaintiff and Federal Defendants (collectively, "the parties") file this Joint Status Report in accordance with the Court's order entered on July 20, 2026 (Dkt. 28):

1.     Since the parties filed their last Joint Status Report (Dkt. 27), counsel for Plaintiff have conferred with Plaintiff and explored his options in light of the records received to this point and Federal Defendants' offer to facilitate Plaintiff's passport application.

2.     Plaintiff is electing to not apply for a passport at this time, and he maintains his request for a preliminary injunction.

3.     Plaintiff requests that the Court set an evidentiary hearing on his motion for a

1

preliminary injunction. The parties have conferred regarding available dates and are generally available the first two weeks of September. The parties anticipate they would not need more than one day to complete the hearing. Counsel for Plaintiff, Chad Dunn, teaches a class at UCLA on Thursdays and therefore requests that any hearing be scheduled on a Monday or Tuesday if possible.

Dated: August 3, 2026

Respectfully submitted,

BRAZIL & DUNN

*/s/ Chad W. Dunn*\*
Chad W. Dunn
Texas Bar No. 24036507
1900 Pearl Street
Austin, Texas 78705
Telephone: (512) 717-9822
Facsimile: (512) 515-9355
chad@brazilanddunn.com

K. Scott Brazil
State Bar No. 02934050
13231 Champion Forest Drive, Suite 406
Houston, Texas 77069
Telephone: (281) 580-6310
Facsimile: (281) 580-6362
scott@brazilanddunn.com

Dicky Grigg
Law Office of Dicky Grigg, PC
State Bar No. 08487500
1900 Pearl Street
Austin, TX 78705
(512) 474-6061
dicky@grigg-law.com
mel@grigg-law.com

Kate Lincoln-Goldfinch
State Bar No. 24058613

Lincoln Goldfinch Law
4417 Westlake Drive
Austin, TX 78746
(512) 599-8500
kate@lincolngoldfinch.com

*Attorneys for Plaintiff*

\* with permission

**Justin R. Simmons**
United States Attorney

*/s/ Landon A. Wade*
**Landon A. Wade**
Assistant United States Attorney
State Bar No. 24098560
U.S. Attorney's Office
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
(512) 370-1255 (phone)
(512) 916-5854 (fax)
landon.wade@usdoj.gov

**Christina L. Playton**
Assistant United States Attorney
Texas Bar. No. 24028652
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7100 (phone)
(210) 384-7118 (fax)
christina.playton@usdoj.gov

***Attorneys for Federal Defendants***