IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

BRIAN JOSE MORALES GARCIA, §
§
Plaintiff, §
§
v. § 1:26-CV-1155-RP
§
MARKWAYNE MULLIN, et al., §
§
Defendants. §

## ORDER

Before the Court is Plaintiff Brian Jose Morales Garcia's ("Plaintiff") Emergency Motion for Preliminary Injunction, (Dkt. 2), and Plaintiff and Federal Defendants' Joint Status Report, (Dkt. 29). Based on Plaintiff's statement that he is "electing to not apply for a passport at this time, and he maintains his request for a preliminary injunction," the Court will set this case for an evidentiary hearing on Plaintiff's Emergency Motion for Preliminary Injunction, (Dkt. 2).

Accordingly, **IT IS ORDERED** that Plaintiff's Emergency Motion for Preliminary Injunction, (Dkt. 2), is set for an evidentiary hearing at **9:30 a.m. on September 8, 2026**, in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX.

**SIGNED** on August 5, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE