**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

BRIAN MORALES,

*Plaintiff,*

v.

MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; RODNEY S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Protection; ICE/CBP OFFICER DOES 1-10, in their personal and official capacities; TEXAS DEPARTMENT OF PUBLIC SAFETY OFFICER DOES 1-10, in their individual capacities; and GILLESPIE COUNTY SHERIFF DEPUTY 1-10, in their individual capacities.

*Defendants.*

Civil Case No. 1:26-CV-01155-RP

**JOINT MOTION TO VACATE ORDER SETTING HEARING**

Plaintiff and Federal Defendants (collectively, "the parties") file this Joint Motion to Vacate Order Setting Hearing and respectfully submit the following:

1. On August 5, 2026, the Court entered an order setting a hearing on Plaintiff's Emergency Motion for Preliminary Injunction for September 8, 2026. Dkt. 30. Plaintiff's motion sought, in part, an injunction that would allow Plaintiff to cross into the United States from Mexico without needing to present a passport. *See* Dkt. 2.

2. After the Court entered its order setting the September 8th hearing, the parties continued to work together to facilitate Plaintiff's return to the United States. The parties reached

an agreement in which U.S. Customs and Border Protection ("CBP") agreed to admit Plaintiff into the United States if Plaintiff presented his birth certificate and a form of photo identification at a port of entry at an agreed-upon date and time.

3. Pursuant to the parties' agreement, Plaintiff was admitted into the United States on August 30, 2026.

4. Because Plaintiff's re-entry has occurred, the parties do not believe a hearing is necessary at this time. The parties therefore respectfully request that the Court vacate its order setting the September 8th hearing.

Dated: August 3, 2026

Respectfully submitted,

BRAZIL & DUNN

*/s/ Chad W. Dunn**
Chad W. Dunn
Texas Bar No. 24036507
1900 Pearl Street
Austin, Texas 78705
Telephone: (512) 717-9822
Facsimile: (512) 515-9355
chad@brazilanddunn.com

K. Scott Brazil
State Bar No. 02934050
13231 Champion Forest Drive, Suite 406
Houston, Texas 77069
Telephone: (281) 580-6310
Facsimile: (281) 580-6362
scott@brazilanddunn.com

Dicky Grigg
Law Office of Dicky Grigg, PC
State Bar No. 08487500
1900 Pearl Street
Austin, TX 78705
(512) 474-6061

dicky@grigg-law.com
mel@grigg-law.com

Kate Lincoln-Goldfinch
State Bar No. 24058613
Lincoln Goldfinch Law
4417 Westlake Drive
Austin, TX 78746
(512) 599-8500
kate@lincolngoldfinch.com

*Attorneys for Plaintiff*

* with permission

**Justin R. Simmons**
United States Attorney

*/s/ Landon A. Wade*
**Landon A. Wade**
Assistant United States Attorney
State Bar No. 24098560
U.S. Attorney's Office
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
(512) 370-1255 (phone)
(512) 916-5854 (fax)
landon.wade@usdoj.gov

**Christina L. Playton**
Assistant United States Attorney
Texas Bar. No. 24028652
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7100 (phone)
(210) 384-7118 (fax)
christina.playton@usdoj.gov

***Attorneys for Federal Defendants***