**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| BRIAN JOSE MORALES GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, IN HIS OFFICIAL CAPACITY AS SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, RODNEY S. SCOTT, IN HIS OFFICCAL CAPACITY AS COMMISSION, U.S. CUSTOMS AND BORDER PROTECTION; ICE/CBP OFFICER DOES 1-10, IN THEIR PERSONAL AND OFFICIAL CAPACITIES; TEXAS DEPARTMENT OF PUBLIC SAFETY OFFICER DOES 1-10, IN THEIR INDIVIDUAL CAPACITIES; AND GILLESPIE COUNTY SHERIFF DEPUTY 1-10, IN THEIR INDIVIDUAL CAPACITIES,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 1:26-cv-01155-RP |

**<u>ORDER</u>**

Before the Court is Plaintiff and Federal Defendants' Joint Motion to Vacate Order Setting Hearing. For the reasons stated in the Motion, the Motion is GRANTED.

It is therefore ORDERED that the Court's Order setting the hearing on Plaintiff's Emergency Motion for Preliminary Injunction (Dkt. 30) is hereby VACATED. The hearing currently scheduled for September 8, 2026, is therefore cancelled.

SIGNED this _____ day of ________________________, 2026.

______________________________
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE