IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BRIAN JOSE MORALES GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:26-CV-1155-RP |
| | § | |
| MARKWAYNE MULLIN, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the above-styled cause of action. On August 5, 2026, the Court entered an order setting a hearing on Plaintiff's Emergency Motion for Preliminary Injunction for September 8, 2026. (Dkt. 30.) Plaintiff's motion seeks, in part, an injunction allowing Plaintiff to return to the United States. (Dkt. 2). On August 31, 2026, the parties filed a joint motion to vacate the Court's order setting a hearing on Plaintiff's Emergency Motion for Preliminary Injunction as "Plaintiff's re-entry [to the United States] has occurred." (Dkt. 31, at 2). The Court granted the joint motion on September 1, 2026.

Since then, the parties have not updated the Court on the status of this case. The Court will therefore order the parties to file a joint status report. Additionally, as Plaintiff has requested the Court enter a preliminary injunction allowing him to enter the United States, the Court will order Plaintiff to include in the joint status report whether his emergency motion for preliminary injunction, (Dkt. 2), is now moot. Further, in light of a previously filed Status Report, (Joint Status Report, Dkt. 27, at 2), the Court will order Plaintiffs to include whether service has been executed in accordance with Federal Rule of Civil Procedure 4(i).

Accordingly, **IT IS ORDERED** that the parties shall file another joint status report on or before **October 1, 2026**, including statements from Plaintiff regarding his intention to seek a preliminary injunction and the status of service.

**SIGNED** on September 16, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE