IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BRIAN JOSE MORALES GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:26-CV-1155-RP |
| | § | |
| MARKWAYNE MULLIN, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the above-styled cause of action. On May 1, 2026, Plaintiff filed his complaint, (Dkt. 1), and an Emergency Motion for Preliminary Injunction, (Dkt. 2). Plaintiff's motion seeks, in part, an injunction allowing Plaintiff to return to the United States.[1] (Dkt. 2).

The Court held an initial hearing on the preliminary injunction motion on June 3, 2026. (Dkt. 21). On August 5, 2026, the Court set the case for an evidentiary hearing on the motion for preliminary injunction. (Dkt. 30). But before that evidentiary hearing, on August 31, 2026, the parties filed a joint motion to vacate the Court's order setting a hearing as "Plaintiff's re-entry [to the United States] has occurred." (Dkt. 31, at 2). The Court granted the joint motion on September 1, 2026.

On September 16, 2026, the Court ordered the parties to file a joint status report updating the Court on the case. (Dkt. 32). As Plaintiff requested the Court enter a preliminary injunction allowing him to enter the United States, the Court's order directed the "Plaintiff to include in the joint status report whether his emergency motion for preliminary injunction, (Dkt. 2), is now moot."

[1] The Court notes that the Plaintiff's motion asks the Court to "enter a preliminary injunction allowing him to re-enter his country of birth and prevent any further effort to remove, detain or arrest him without further order of this Court." (Mot., Dkt. 2, at 2).

(*Id.* at 1). The Court further ordered the parties to include a "statement[] from Plaintiff regarding his intention to seek a preliminary injunction." (*Id.* at 2).

On October 1, 2026, the parties filed a joint status report. In their report, the parties explained that Plaintiff "was permitted entry to the United States," but they did not provide further detail regarding Plaintiff's request for a preliminary injunction. (Dkt. 33).

Accordingly, **IT IS ORDERED** that Plaintiff file either (1) a status report regarding Plaintiff's request for a preliminary injunction, or (2) a motion to moot the preliminary injunction motion, (Dkt. 2), **on or before December 4, 2026**. Should Plaintiff fail to do so, the Court may moot the motion for preliminary injunction, (Dkt. 2), in light of the statement that Plaintiff "was permitted entry to the United States," (Dkt. 33, at 1).

**SIGNED** on November 17, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE