**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **BRIAN JOSE MORALES GARCIA,** *Plaintiff*, | § | |
| **v.** | § | |
| **MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; RODNEY S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Protection; ICE/CBP OFFICER DOES 1-10, in their personal and official capacities; TEXAS DEPARTMENT OF PUBLIC SAFETY OFFICER DOES 1-10, in their individual capacities; and GILLESPIE COUNTY SHERIFF DEPUTY 1-10, in their individual capacities,** ***Defendants*.** | § | **CASE NO. 1:26-CV-01155-RP** |

**ORDER GRANTING CHIEF DEPUTY BRYAN PHILIPS'**
**RULE 12(B)(6) MOTION TO DISMISS**

Before the Court is Chief Deputy Bryan Philips' Rule 12(b)(6) Motion to Dismiss. Having considered the Motion, any response and reply, the record in this case, the argument, and the applicable law, the Court is of the opinion that the Motion was meritorious and should be granted. IT IS THEREFORE,

ORDERED that Chief Deputy Bryan Philips' Rule 12(b)(6) Motion to Dismiss is GRANTED. It is further

ORDERED that Plaintiff's 42 U.S.C. § 1983 claim against Chief Deputy Bryan Philips is hereby dismissed with prejudice. It is further

ORDERED that all other relief not expressly granted herein is DENIED.

SIGNED on this ____ day of ______________, 20__.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE